UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| LEO BRYNES TRUST, d/b/a MANTON INDUSTRIES; BIG TOP FLEA MARKET; and THE ESTATE OF HOWARD BRYNES,<br>    Plaintiffs<br><br>v.<br><br>KEITH BRYNES; ATLANTIC ABATEMENT & CONSTRUCTION, INC.; and ATLANTIC ABATEMENT CORPORATION,<br>    Defendants.<br><br>KEITH BRYNES, *Individually and derivatively on behalf of* ATLANTIC ABATEMENT & CONSTRUCTION, INC and ATLANTIC ABATEMENT CORPORATION,<br>    Third-Party Plaintiffs<br><br>v.<br><br>MARK CARLSON, *an individual*,<br>    Third-Party Defendants. | C.A. No. 19-509-JJM-LDA |

## ORDER

Plaintiffs move to enforce a settlement that all parties agreed to as shown by the Memorandum of Understanding that all parties signed. ECF No. 148. No party objects to the motion.

THEREFORE, it is the finding of this Court that a binding settlement between all the Plaintiffs and all the Defendants had been consummated and is enforceable.

All direct action Plaintiff and Defendant entities, corporate and individual, including Atlantic Abatement Corporation are bound by the settlement; all direct action parties are bound by full and complete releases; and the direct action claims are hereby dismissed and terminated.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief United States District Judge

April 28, 2025